# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**ALLUCIUS CROSBY,** **PLAINTIFF**

**V.** **NO. 4:07CV119-P-B**

**LAWRENCE KELLY, et al.,** **DEFENDANTS**

## FINAL JUDGMENT

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated May 19, 2008, was on that date duly served by mail upon Plaintiff at his last known address; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. Therefore, it is

**ORDERED:**

1) the Report and Recommendation of the United States Magistrate Judge dated May 16, 2008, is hereby APPROVED and ADOPTED as the opinion of the court;

2) Plaintiff's claims are DISMISSED with prejudice as to Defendants Lawrence Kelly, Rachel Rameirez, Jane Lomax and Edward Howze; and

3) Plaintiff's claims shall proceed as to Defendants Johnson and Dr. Kim.

THIS the 8th day of July, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE